■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD ZIELENSKI, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered April 12, 1985, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR KITCHEN, Appellant, v JAMES SULLIVAN, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Ritter, J.), entered May 30, 1985, which dismissed the proceeding.

Appeal dismissed as moot, without costs or disbursements.

The petitioner has been released from custody, and is, therefore, not entitled to the extraordinary relief of habeas corpus *(see, People ex rel. Julio v Walters,* 58 NY2d 881; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Davidson v Walters,* 100 AD2d 917; *People ex rel. Giles v Walters,* 90 AD2d 801; *People ex rel. Turnipseed v LeFevre,* 54 AD2d 939). Lazer, J. P., Bracken, Weinstein and Eiber, JJ., concur.